# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bowdre, Karon O. | 2. Court or Organization<br><br>U.S. District Court, Alabama | 3. Date of Report<br><br>08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Hugo Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Samford University (Defined Benefit Plan) - vested benefits in plan of former employee |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | ▓▓▓▓ (Breed, Train, & Show American Saddlebred Horses) | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar Labor & Employment Law Annual Conference | 10-05-2017 through 10-06-2017 | San Destin, FL | Presenter | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alabama Farm Credit, FLCA | Mortgage on LLC #5 | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #1-Hwy 280, LLC Real Estate I Birmingham, Alabama | C | Rent | K | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. Fundamental Investors | A | Dividend | J | T | Sold (part) | 03/20/17 | J | A | |
| 4. Growth Fund of America | A | Dividend | J | T | Sold (part) | 03/02/17 | J | A | |
| 5. | | | | | Sold (part) | 03/20/17 | J | A | |
| 6. Morgan Stanley Private Bank NA | A | Dividend | K | T | | | | | |
| 7. Clearbridge Value Trust | A | Dividend | L | T | | | | | |
| 8. Fundamental Investors Fund (IRA) | A | Dividend | J | T | Sold (part) | 03/20/17 | J | A | |
| 9. | | | | | Sold (part) | 08/02/17 | J | A | |
| 10. Growth Fund of America (IRA) | | None | | | Sold | 03/20/17 | K | A | |
| 11. New Perspective Fund (IRA) | | None | | | Sold | 03/20/17 | J | A | |
| 12. Small Cap World Fund (IRA) | | None | | | Sold | 03/20/17 | J | A | |
| 13. Cap World Growth & Inc (IRA) | B | Dividend | L | T | | | | | |
| 14. Invest. Co. of America (IRA) | A | Dividend | | | Sold | 08/02/17 | L | D | |
| 15. American Funds Wash. Mutual Inv. Fund (IRA) (WMFFX) | A | Dividend | K | T | | | | | |
| 16. Trust I; Inc. Bene.; Spouse = Trustee (H); See Part VIII | | | | | | | | | |
| 17. - ▓▓▓▓▓ LLC (See Part VIII) | D | Int./Div. | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Blackrock Equity Dividend Manager | H2 | Dividend | P4 | T | | | | | |
| 19. --Eagle Asset Manager | H2 | Dividend | P4 | T | | | | | |
| 20. --Tax Exempt Bond Fund of America Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 21. --T. Rowe Price Summit Muni Intermed. Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 22. --Fidelity Advisor Strategic Inc. Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 23. --Capital Income Builder Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 24. --Income Fund of America Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 25. --T. Rowe Price Overseas Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 26. --American Century Mid Cap Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 27. --American Century Equity Income Mutual Fund | H2 | Dividend | P4 | T | Sold (part) | 03/27/17 | K | B | |
| 28. | | | | | Sold (part) | 07/11/17 | J | A | |
| 29. | | | | | Sold (part) | 09/20/17 | K | B | |
| 30. | | | | | Sold (part) | 12/21/17 | K | A | |
| 31. --American Cap. World Growth & Income Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 32. --Smead Value Fund | H2 | Dividend | P4 | T | | | | | |
| 33. --Neuberger Berman Equity Inc. Fund | H2 | Dividend | P4 | T | | | | | |
| 34. --Lord Abbett Intermediate Tax Free Fund; X (See Part VIII) | H2 | Dividend | P4 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Boyd Waterson Ultra Enhanced Core Managed Acct | H2 | Int./Div. | P4 | T | | | | | |
| 36. --Minneapolis All Cap Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | D | |
| 37. --W. H. Reaves Long Term Value Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | D | |
| 38. --Dana Large Cap Equity Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | E | |
| 39. --WCM Focused Growth Intl. Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | D | |
| 40. --Noesis Core Equity Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | E | |
| 41. --(X) Morgan Stanley Cash Acct | A | Interest | L | T | | | | | |
| 42. - Vanguard Intermediate Tax Exempt Fund | A | Dividend | K | T | Buy (add'l) | 01/12/17 | J | | |
| 43. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 44. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 45. | | | | | Buy (add'l) | 10/19/17 | J | | |
| 46. - Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy (add'l) | 01/13/17 | J | | |
| 47. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 48. Regions Bank Acct. | A | Interest | M | T | | | | | |
| 49. Trust II; Inc. Bene.; Spouse=Trustee (H) | | | | | | | | | |
| 50. - [redacted] LLC (X); (See Part VIII) | F | Int./Div. | P1 | W | | | | | |
| 51. --Blackrock Equity Dividend Manager | H2 | Dividend | P4 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Eagle Asset Manager | H2 | Dividend | P4 | T | | | | | |
| 53. --Tax Exempt Bond Fund of America Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 54. --T. Rowe Price Summit Muni Intermed. Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 55. --Fidelity Advisor Strategic Inc. Mutual Fund | H2 | Interest | P4 | T | | | | | |
| 56. --Capital Income Builder Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 57. --Income Fund of America Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 58. --T. Rowe Price Overseas Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 59. --American Century Mid Cap Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 60. --American Century Equity Income Mutual Fund | H2 | Dividend | P4 | T | Sold (part) | 03/22/17 | K | B | |
| 61. | | | | | Sold (part) | 07/11/17 | J | A | |
| 62. | | | | | Sold (part) | 09/20/17 | K | B | |
| 63. | | | | | Sold (part) | 12/21/17 | K | A | |
| 64. --American Cap. World Growth & Income Mutual Fund | H2 | Dividend | P4 | T | | | | | |
| 65. --Smead Value Fund | H2 | Dividend | P4 | T | | | | | |
| 66. --Neuberger Berman Equity Inc. Fund | H2 | Dividend | P4 | T | | | | | |
| 67. --Lord Abbett Intermediate Tax Free Fund; X (See Part VIII) | H2 | Dividend | P4 | T | | | | | |
| 68. --Boyd Waterson Ultra Enhanced Core Managed Acct | H2 | Int./Div. | P4 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Minneapolis All Cap Value Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | D | |
| 70. --W. H. Reaves Long Term Value Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | D | |
| 71. --Dana Large Cap Equity Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | E | |
| 72. --WCM Focused Growth Intl. Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | D | |
| 73. --Noesis Core Equity Managed Acct | H2 | Dividend | P4 | T | Sold (part) | 07/27/17 | K | E | |
| 74. --(X) Morgan Stanley Cash Account | A | Interest | L | T | | | | | |
| 75. - ▮▮▮▮ LLC (X) See Part VIII | B | Int./Div. | J | W | | | | | |
| 76. --Invesco Premier Tax-Exempt Nav Fund | G | Interest | P4 | T | | | | | |
| 77. --The London Co. Income Equity Fund | H2 | Dividend | P4 | T | | | | | |
| 78. --Wells Fargo Golden SMID Core Portfolio Fund | H1 | Dividend | P4 | T | | | | | |
| 79. --Cambiar Intl Equity ADR Fund | H2 | Dividend | P4 | T | | | | | |
| 80. --Lazard Em Markets Select ADR Fund | H2 | Dividend | P4 | T | | | | | |
| 81. --Thornburg Ltd. Term Muni Fund | H2 | Dividend | P4 | T | | | | | |
| 82. --Nuveen Intermediate Muni Bond Fund | H2 | Dividend | P4 | T | | | | | |
| 83. --Principal Real Estate Sec REIT Gross Fund | H2 | Dividend | P4 | T | | | | | |
| 84. --SPDR Gold Shares ETF Fund | | None | P4 | T | | | | | |
| 85. --(X) Morgan Stanley Cash Acct | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --(X) Morgan Stanley Checking Acct | A | Interest | K | T | | | | | |
| 87. - ▮▮▮▮▮ LLC (X) See Part VIII | | | | | | | | | |
| 88. --AFLAC | A | Dividend | K | T | | | | | |
| 89. --AT&T | D | Dividend | M | T | | | | | |
| 90. --Bank of America | B | Dividend | M | T | | | | | |
| 91. --Bank of New York Mellon | B | Dividend | M | T | | | | | |
| 92. --Boeing | B | Dividend | L | T | | | | | |
| 93. --Coca-Cola | E | Dividend | P1 | T | | | | | |
| 94. --Colgate-Palmolive | D | Dividend | N | T | | | | | |
| 95. --El Paso Energy Capital Trust 4.75% Preferred Stock | B | Interest | K | T | | | | | |
| 96. --Exxon Mobil | B | Dividend | K | T | | | | | |
| 97. --General Electric | C | Dividend | K | T | | | | | |
| 98. --Genuine Parts | D | Dividend | M | T | | | | | |
| 99. --Halyard Health | | None | J | T | | | | | |
| 100. --International Paper | B | Dividend | K | T | | | | | |
| 101. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 102. --Kimberly Clark | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Monsanto | A | Dividend | L | T | | | | | |
| 104. --Morgan Stanley Bank Deposit | A | Interest | K | T | | | | | |
| 105. --Nike | A | Dividend | K | T | | | | | |
| 106. --Southern Company | B | Dividend | K | T | | | | | |
| 107. --Verizon | A | Dividend | K | T | | | | | |
| 108. --Visa | A | Dividend | K | T | | | | | |
| 109. --Pioneer Multi-Asset Ultra Short Income Fund | B | Dividend | N | T | Buy | 06/01/17 | N | | |
| 110. - Vanguard Intermediate Term Tax Exempt Fund | B | Dividend | K | T | Sold (part) | 06/13/17 | J | A | |
| 111. | | | | | Sold (part) | 09/14/17 | J | A | |
| 112. - Vanguard Balanced Index Fund | B | Dividend | M | T | Sold (part) | 09/14/17 | J | A | |
| 113. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 114. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 115. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 116. - Vanguard Prime Money Market Fund | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 117. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 118. | | | | | Sold (part) | 04/24/17 | J | A | |
| 119. | | | | | Sold (part) | 06/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 121. | | | | | Sold (part) | 09/20/17 | J | A | |
| 122. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 123.   401(k) #1 (H) | | | | | | | | | |
| 124.   - Dodge & Cox Stock Fund | D | Dividend | N | T | Buy (add'l) | 12/31/17 | J | | |
| 125.   - Vanguard 500 Index Adm | E | Dividend | N | T | Buy (add'l) | 12/31/17 | J | | |
| 126.   - Vanguard Mid Cap U.S. Stock | C | Dividend | L | T | Buy (add'l) | 12/31/17 | J | | |
| 127.   - Hartford Midcap | C | Dividend | L | T | Buy (add'l) | 12/31/17 | J | | |
| 128.   - Vanguard Small Cap Index Adm | D | Dividend | M | T | Buy (add'l) | 12/31/17 | J | | |
| 129.   - Vanguard International Value Inv | D | Dividend | M | T | Buy (add'l) | 12/31/17 | J | | |
| 130.   - Vanguard International Explorer Inv | C | Dividend | L | T | Buy (add'l) | 12/31/17 | J | | |
| 131.   - PIMCO Total Return Instl | A | Dividend | L | T | Buy (add'l) | 12/31/17 | J | | |
| 132.   - PIMCO High Yield Instl | A | Dividend | M | T | Buy (add'l) | 12/31/17 | J | | |
| 133.   Lawfirm Cap. Contrib (see Part VIII) | | None | K | W | | | | | |
| 134.   Trust III; Inc. Bene; Phnx Life Whole Life Surv Policy; | | None | K | W | | | | | |
| 135.   Trust IV; Inc.Bene.; NW Mut.Life Ins. Whole Life Pol.; (See Part VIII) | | None | K | W | | | | | |
| 136.   Merrill Lynch/Bank of America Cash Acct. | A | Interest | K | T | Buy (add'l) | 03/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Merrill Lynch/Bank of America, Cash Acct. | A | Interest | J | T | | | | | |
| 138. Janus Henderson Small Cap & Value Fund (IRA) (JXCOX) See Part VIII | A | Dividend | L | T | | | | | |
| 139. T. Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 140. Metlife (New England Financial) Perm Life Ins. | A | Int./Div. | K | T | | | | | |
| 141. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 03/02/17 | J | A | |
| 142. | | | | | Sold (part) | 03/20/17 | J | A | |
| 143. American Capital World Growth (WGIFX) | A | Dividend | K | T | | | | | |
| 144. American Capital World Growth (WGIFX) | A | Dividend | K | T | | | | | |
| 145. American Fundamental Investors Class F | B | Dividend | L | T | Sold (part) | 03/24/17 | K | D | |
| 146. Voya - Reliastar Life Ins. Co., ING GPUL Policy; (see Part VIII) | A | Dividend | K | T | | | | | |
| 147. LLC #4 - Iris, LLC, Real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 148. American New World Fund (NFFFX) | B | Dividend | L | T | Buy (add'l) | 03/24/17 | K | | |
| 149. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 150. American Tax Exempt Bond Fund CL-C | B | Dividend | L | T | | | | | |
| 151. American Cap Inc Bldr FD CLC (CAIFX) | B | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |
| 152. American Fundamental Inv. Inc | A | Dividend | K | T | | | | | |
| 153. American Fund Income Fund (AMEFX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American Tax Exempt Bond Fund CL-C | A | Dividend | K | T | | | | | |
| 155. American Cap Inc. Bldr CL C (NFFFX) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 156. American Cap World Growth & Inc. | A | Dividend | | | Sold | 10/24/17 | K | C | |
| 157. Merrill Lynch/Bank of America Cash Acct. | A | Interest | J | T | | | | | |
| 158. American Bond Fund | A | Dividend | K | T | | | | | |
| 159. American Century Equity Income | | None | | | Sold | 03/20/17 | J | A | |
| 160. American Bond Fund of America | | None | | | Sold | 03/20/17 | J | A | |
| 161. Neuberger Berman Equity | A | Dividend | J | T | | | | | |
| 162. First Commercial Bank | A | Interest | J | T | | | | | |
| 163. American Washington Mutual Investors | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 164. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 165. American Tax Exempt Bd Fd | A | Dividend | J | T | | | | | |
| 166. American High Income Trust Fd | A | Dividend | J | T | | | | | |
| 167. Janus Henderson High Yield Fund (JHYFX) | A | Dividend | J | T | | | | | |
| 168. Janus Henderson High Yield Fund (JHYFX) | C | Dividend | L | T | Buy (add'l) | 09/02/17 | K | | |
| 169. Fidelity Adv Strategic | B | Dividend | K | T | | | | | |
| 170. Merrill Lynch/Bank of America Cash Acct. | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Hartford Life & Annuity Ins. Co. UL Policy (See Part VIII) | B | Dividend | M | T | | | | | |
| 172. First Commercial Bank | A | Interest | J | T | | | | | |
| 173. Merrill Lynch/Bank of America Cash Acct. | A | Interest | J | T | | | | | |
| 174. Smead Value Fund | A | Dividend | J | T | Sold (part) | 03/20/17 | J | A | |
| 175. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 176. Smead Value Fund | A | Dividend | L | T | | | | | |
| 177. Trust V - Income Bene; (H) | | | | | | | | | |
| 178. - ▮▮▮▮▮▮▮ LLC | C | Int./Div. | L | W | | | | | |
| 179. --AFLAC | A | Dividend | K | T | | | | | |
| 180. --AT&T | D | Dividend | M | T | | | | | |
| 181. --Bank of America | B | Dividend | M | T | | | | | |
| 182. --Bank of New York Mellon | B | Dividend | M | T | | | | | |
| 183. --Boeing | B | Dividend | L | T | | | | | |
| 184. --Coca-Cola | E | Dividend | P1 | T | | | | | |
| 185. --Colgate-Palmolive | D | Dividend | N | T | | | | | |
| 186. --El Paso Energy Capital Trust 4.75% Preferred Stock | B | Interest | K | T | | | | | |
| 187. --Exxon Mobil | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --General Electric | C | Dividend | K | T | | | | | |
| 189. --Genuine Parts | D | Dividend | M | T | | | | | |
| 190. --Halyard Health | | None | J | T | | | | | |
| 191. --International Paper | B | Dividend | K | T | | | | | |
| 192. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 193. --Kimberly Clark | B | Dividend | K | T | | | | | |
| 194. --Monsanto | A | Dividend | L | T | | | | | |
| 195. --Morgan Stanley Bank Deposit | A | Interest | K | T | | | | | |
| 196. --Nike | A | Dividend | K | T | | | | | |
| 197. --Southern Company | B | Dividend | K | T | | | | | |
| 198. --Verizon | A | Dividend | K | T | | | | | |
| 199. --Visa | A | Dividend | K | T | | | | | |
| 200. --Pioneer Multi-Asset Ultra Short Income Fund | B | Dividend | N | T | Buy | 06/01/17 | N | | |
| 201. American CNT Int Term Tax Free Bond | A | Dividend | J | T | | | | | |
| 202. Amer. Cent. Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 203. Amer. High Income Muni Bond Fund | A | Dividend | J | T | | | | | |
| 204. Royce Total Return Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Smead Value Fund | A | Dividend | K | T | | | | | |
| 206. T. Rowe Price Summit Muni Inter Fd | A | Dividend | J | T | | | | | |
| 207. Congress Mid Cap Growth A | A | Dividend | K | T | | | | | |
| 208. American High Income Trust | B | Dividend | K | T | | | | | |
| 209. American Century Mid Cap Value | A | Dividend | K | T | | | | | |
| 210. American Cnt Interm. Tax Free Bond Fund | A | Dividend | J | T | | | | | |
| 211. American High Income Trust Fund | A | Dividend | J | T | | | | | |
| 212. LLC, V - [ ] LLC; Birmingham, Alabama | C | Dividend | M | W | | | | | |
| 213. Smead Value Fund | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 214. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 215. American Century Intrmd Term Tax Free Fd | A | Dividend | | | Buy (add'l) | 02/01/17 | J | | |
| 216. | | | | | Sold | 07/20/17 | K | | |
| 217. T. Rowe Price Overseas Stock Fund | A | Dividend | K | T | Buy (add'l) | 04/20/17 | J | | |
| 218. T. Rowe Price Overseas Stock Fund | B | Dividend | L | T | Buy (add'l) | 08/02/17 | K | | |
| 219. Fidelity Adv Strategic Income Fund | A | Dividend | J | T | | | | | |
| 220. T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | Buy (add'l) | 06/08/17 | J | | |
| 221. | | | | | Buy (add'l) | 08/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | | | | | |
| 223. American Fundamental Investors | A | Dividend | K | T | | | | | |
| 224. American New World Fund (NFFFX) | A | Dividend | K | T | Buy | 03/20/17 | J | | |
| 225. American Cap World Growth & Income (WGIFX) | A | Dividend | K | T | Buy | 03/20/17 | J | | |
| 226. Congress Mid Cap Growth Fund (IMIDX) | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 227. Janus Henderson Global Research Fund (JWWFX) | A | Dividend | K | T | Buy | 03/20/17 | J | | |
| 228. Neuberger Berman Genesis Fund (NBGIX) | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 229. Royce Total Return Fund (RYTRX) | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 230. Victory Sycamore Fund (VEVYX) | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 231. American Funds Washington Mutual (WMFFX) | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 232. Janus Henderson Global Fund (JWWFX) | A | Dividend | K | T | Buy | 08/12/17 | J | | |
| 233. Royce Total Return Fund (RYTRX) | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 234. T. Rowe Price Summit Muni Intermed Income Fund (PRSMX) | B | Dividend | K | T | Buy | 07/20/17 | K | | |
| 235. | | | | | Buy (add'l) | 10/18/17 | K | | |
| 236. ML Bank of America | A | Dividend | K | T | Buy | 10/23/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 13 has reflected a slight change in the name of the fund.

Trust I (Line 16) was not created by the filer, spouse or dependent child but the spouse receives income from Trust I. The only assets in Trust I are a fractional interest in                    LLC, and limited investments in Vanguard Funds. In 2015 and earlier reports, the underlying investments in                    LLC were not controlled by the filer or spouse, and no such disclosure was required. For 2016 and later, some of the investments held by                    LLC, did come under the control of the filer's spouse. Those underlying assets have now been listed in Part VII in lines 18-41. For mutual funds and money manager directed funds that are "widely held investment funds" under the Guide to Judiciary Policy, Vol. 2D, Section 315.30, and the Instructions to this Report, the accounts and funds were identified in Part VII(A) but the information listed in Parts B, C and D reflect the financial information on the funds and investment accounts as a whole, and not the small portion of such mutual fund held by                    LLC.

Trust II (Line 49) was not created by the filer, spouse or dependent child but the spouse receives income from Trust II. The only assets in Trust II are a fractional interest in                    LLC, a fractional interest in                    LLC, a fractional interest in                    , LLC and limited investments in Vanguard Funds. In 2015 and earlier reports, the underlying investments in                    LLC were not controlled by the filer or spouse, and no such disclosure was required . For 2016, some of the investments held by                    , LLC, did come under the control of the filer's spouse. Those underlying assets have now been listed in Part VII, lines 51-74. For mutual funds and money manager directed funds that are "widely held investment funds" under the Guide to Judiciary Policy, Vol. 2D, Section 315.30, and the Instructions to this Report, the accounts and funds were identified in Part VII(A) but the information listed in Parts B, C and D reflect the financial information on the funds and investment accounts as a whole, and not the small portion of such mutual fund held by                    LLC. Following the death in 2017 of a family member who previously held a management role in family business entities, the investments of                    LLC and                    , LLC came under the control of the filer's spouse. Accordingly, for this report, the entities in which family related trusts hold an ownership interest have been dislcosed in Part VII. To the extent to which the entities invested in "widely held investment funds," the information listed in parts B, C and D of Part VII reflect the information for the fund or investment account as a whole, not the small portion of such fund held by the applicable LLC.

Line 34 & Line 67 -Lord Abbett Intermediate Tax Free Fund was purchased 2-23-16 for $250,000 by                    LLC and was inadvertently omitted from the 2016 revised Report. This correction should be considered an amendment to the earlier Report.

Line 133 - Lawfirm Capital Contribution (Spouse) is in the law firm of Wallace, Jordan, Ratliff & Brandt, LLC in Birmingham, AL.

Line 134 is a Phoenix whole life Survivor Life Protector Ins. Policy with an option term rider.

Line 135 is a NorthWestern Mut. Life Ins. Joint Comp policy that is classififed as a whole life policy.

Line 138- the Fund historically called the "Perkins Fd Small Cap and Value Fund" is now called the Janus Henderson Small Cap and Value Fund. Several other lines were changed to reflect slight changes in Fund names or to add a Fund symbol for clarification.

Partial Sales in some holdings did not change year-end category listings. Deletion of some holdings in previous reported years caused the deletion of certain lines and effectuated a change in numbering for subsequent entries.

LLC V. owns property in Blount County, AL.

Previous Lines 137 and 145 were needed in the previous report to reflect transactions but are duplicative for this Report with the cumulative holdings of both previous lines now reflected on Line 209.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karon O. Bowdre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544